**Barbara J. JACKSON, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT,**
**Respondent.**

**No. 03–3317.**

United States Court of Appeals,
Federal Circuit.

Dec. 18, 2003.

ORDER

Petitioner having paid the required filing fee, and having filed the required Statement Concerning Discrimination, it is

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the Petition for review is REINSTATED.

Petitioner's brief is due within 60 days from the date of filing of this order.

**In re Robert F. SHAW.**

**No. 04–1037.**

United States Court of Appeals,
Federal Circuit.

Dec. 18, 2003.

*ORDER*

Upon consideration of the parties' joint motion to remand the case to the United States Patent and Trademark Office for further proceedings,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.